**E-Filed 6/27/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHING YU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>　　　　　Defendants. | Case Number C 06-03740 JF<br><br>ORDER[1] TO SHOW CAUSE<br><br>[re: docket no. 1] |

　　　On June 12, 2006, Plaintiff Ching Yu filed a "Complaint for Writ in the Nature of Mandamus" against Defendants Michael Chertoff, Secretary of the Department of Homeland Security; Emilio T. Gonzalez, Director of the United States Citizenship and Immigration Services ("CIS"); Francis D. Siciliano, Officer-in-Charge of the San Jose Sub Office of CIS; and Robert Mueller, Director of the Federal Bureau of Investigation ("FBI").

　　　Plaintiff alleges the following. She is a native and citizen of Taiwan, Republic of China. On June 4, 2004, she filed an Application to Register Permanent Resident or Adjust Status, Form

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-03740 JF
ORDER TO SHOW CAUSE
(JFLC1)

1  I-485. At the same time, her mother filed to register as a permanent resident, as a derivative
2  beneficiary of an approved immigration petitioner. On May 31, 2006, her mother was granted
3  permanent resident alien status, but Plaintiff was advised that her application is still pending
4  because the FBI name check has not been completed. Plaintiff alleges that Defendants are in
5  violation of the Administrative Procedures Act, 5 U.S.C. § 701 *et seq.*, because they are
6  unlawfully withholding or unreasonably delaying action on Plaintiff's I-485 application and have
7  not fulfilled the adjudicative functions delegated to them by law.

8      Plaintiff requests that this Court issue an order directing Defendants to adjudicate
9  Plaintiff's application immediately, awarding reasonable attorney's fees pursuant to the Equal
10 Access to Justice Act, and granting other equitable relief. Good cause therefore appearing, IT IS
11 HEREBY ORDERED as follows:

12     (1)    The Clerk of the Court shall serve by certified mail a copy of the petition and a
13 copy of this Order upon counsel for Defendants, the Office of the United States Attorney. The
14 Clerk of the Court also shall serve a copy of this Order upon Plaintiff's counsel, Justin X. Wang.

15     (2)    Defendants shall, within sixty (60) days after receiving service of the petition, file
16 and serve upon Plaintiff an answer, showing cause why the relief prayed for should not be
17 granted. At the time the answer is filed, Defendants shall lodge with the Court all records
18 relevant to a determination of the issues presented by the complaint. If Defendants contend that
19 Plaintiff has failed to exhaust administrative remedies as to any ground for relief asserted in the
20 complaint, Defendants shall specify what administrative remedy remains available to Plaintiff. If
21 Defendants waive or concede the issue of exhaustion, Defendants shall so state in their answer.

22     (3)    Plaintiff may file a response to the matters raised in the answer within thirty (30)
23 days after receiving the answer.

24     (4)    Unless otherwise ordered by the Court, the matter will be deemed submitted upon
25 the filing of the response or upon the expiration of time to file a response.

26     (5)    The Order Setting Initial Case Management Conference and ADR deadlines
27 entered on June 12, 2006 in this action is hereby VACATED.

28

Case No. C 06-03740 JF
ORDER TO SHOW CAUSE
(JFLC1)

1  DATED: June 27, 2006

                                                     */s/ Jeremy Fogel*
JEREMY FOGEL
United States District Judge

3

Case No. C 06-03740 JF
ORDER TO SHOW CAUSE
(JFLC1)

1   This Order has been served upon the following persons:

2   Justin X. Wang     lawbw@aol.com

3   Office of the United States Attorney
    150 Almaden Blvd., Suite 900
4   San Jose, CA 95113

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No. C 06-03740 JF
ORDER TO SHOW CAUSE
(JFLC1)