**E-filed 8/2/06**

1 | JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
2 | 111 Pine Street, Suite 1350
San Francisco, California 94111
3 | Telephone: (415) 576-9923
Facsimile: (415) 576-9929
4 | Email: Lawbw@aol.com

5

6 | Attorney for Plaintiff
Ching YU

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 | Ching YU          ) Case No.: C 06 3740 JF/ PVT
10                    )
11                    )
                      )
12     Plaintiff,     ) **STIPULATION TO DISMISS AND**
                      ) **[PROPOSED] ORDER**
13 | vs.              )
                      )
14 | Michael Chertoff, Secretary of the )
   Department of Homeland Security;    )
15 | Emilio T. Gonzalez, Director,      )
   U.S. Citizenship and Immigration Services; )
16 | Francis D. Siciliano, Officer-in-charge,  )
   San Jose Sub Office, U.S.C.I.S.;    )
17 | Robert S. Mueller,                 )
18 | Director of Federal Bureau of Investigation )
                                        )
19     Defendants.                      )
20 _____)

21

22   Plaintiff, by and through her attorney of record, and Defendants, by and through their

23 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the
above-entitled action without prejudice because Plaintiff's permanent resident alien status has
24 been granted by the United States Citizenship and Immigration Services.

25   Each of the parties shall bear their own costs and fees.
///
26 ///
27

28

Case No.:
Plaintiff's original complaint for writ in the nature of mandamus    J:\NANCY\Mandamus\YU, Ching\Stipulation to dismiss and proposed order.wpd

Date: July 25, 2006

Respectfully submitted,
KEVIN V. RYAN
United States Attorney

Edward OLSEN

Assistant United States Attorney
Attorneys for Defendants

Date: July 25, 2006

Justin X. Wang, Esq.
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/2/06

JEREMY FOGEL
United States District Judge

Case No.:
Plaintiff's original complaint for writ in the nature of mandamus    F:\NANCY\Mandamus\YU.Ching\Stipulation to dimiss and proposed order.wpd